**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* ____________ Chapter **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **FORTALEZA SECURITY, INC.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **66-0526856** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**VILLA FONTANA 3BS3**<br>**Carolina, PR 00983**<br>Number, Street, City, State & ZIP Code<br>**Carolina**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**PO BOX 2008**<br>**Carolina, PR 00984**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**CALLE COMERCIO #95 Mayaguez, PR 00682**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5616**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor ______ Relationship ______

District ______ When ______ Case number, if known ______

| Debtor | **FORTALEZA SECURITY, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

**█   Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 29, 2017**
MM / DD / YYYY

***X*** **/s/ CAROLINA OSUNA BIRRIEL**
Signature of authorized representative of debtor

**CAROLINA OSUNA BIRRIEL**
Printed name

Title **PRESIDENT**

**18. Signature of attorney**

***X*** **/s/ Enrique Almeida / Zelma Davila;**
Signature of attorney for debtor

Date **June 29, 2017**
MM / DD / YYYY

**Enrique Almeida / Zelma Davila;**
Printed name

**Almeida & Davila, PSC**
Firm name

**PO BOX 191757**
**San Juan, PR 00919-1757**
Number, Street, City, State & ZIP Code

Contact phone **(787)722-2500** Email address **info@almeidadavila.com**

**217701/218913**
Bar number and State

CERTIFIED COPY OF RESOLUTION OF THE BOARD OF DIRECTORS OF FORTALEZA SECURITY INC. FOR THE FILING OF A PETITION FOR REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

RESOLVED: Whereas the corporation is unable to meet its obligations as they mature; and

Whereas, creditors are threatening suit and have threatened to undertake steps to obtain possession of the corportion's assests; and

Whereas, it is apparent that the continuation of the affairs of the corporation without the protection of the Bankruptcy Court could result in the corporation's demain. Now therefore,

Be it resolved that a Petition in Proceedings for Reorganization under Chapter 11 of the Bankruptcy Code be filed by the corporation and that Carolina Osuna Birriel as President, be and hereby is authorized to execute on behalf of the corporation all the necessary documents for the filing of a Petition for Reorganization under chapter 11 of the Bankruptcy Code; and be it further resolved;

That pursuant to 11 U.S.C. §1107, the corporation shall exercise the rights and powers set forth therein, subject to the provisions thereof and unless the United Sttes Bankruptcy Court for the District of Puerto Rico provides or orders otherwise, the corporation will continue to operate its business and manage its affairs, as provided in 11 U.S.C. §1108.

That the firm Almeida & Dávila, P.S.C. be retained to act as counsel for the corporation in such reorganization proceedings or any other proceeding under the Bankruptcy Code.

The undersinged hereby certifies thats she is the President and Secretary of FORTALEZA SECURITY INC.., and that the above is a true and correct copy of a resolution adopted by the Board of Directors of said corporation at a duly constituted meeting held on the **April 8, 2017** in accordance with its corporate regulations; that quorum was present at said meeting; that said resolution has nto been revoked, modified, annulled or amended in any manner whatsoever.

CORPORATE RESOLUTION

In witness hereof, I hereunto set my hand and certify the aforestated and affix the seel of the corporation , this 29th day of June, 2017.

FORTALEZA SECURITY INC. #90,662 PUERTO RICO

Carolina Osuna Birriel
PRESIDENT AND SECRETARY
OF FORTALEZA SECURITY INC.

I, Carolina Osuna Birriel, Secretary of Fortaleza Security Inc., of legal age, married and resident of Luquillo, Puerto Rico, do hereby certify under penalty of perjury that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

In San Juan, Puerto Rico this 29th day of June 2017.

Carolina Osuna Birriel
PRESIDENT AND SECRETARY
OF FORTALEZA SECURITY INC.

Scanned by CamScanner

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 29, 2017**

*X* **/s/ CAROLINA OSUNA BIRRIEL**
Signature of individual signing on behalf of debtor

**CAROLINA OSUNA BIRRIEL**
Printed name

**PRESIDENT**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CARLOS MONTANEZ LUCIANO CALLE 8 #81 A SAINT JUST Trujillo Alto, PR 00976 | | VACATION SALARY | Unliquidated Disputed | | | $2,030.00 |
| CORP. FONDO DEL SEGURO DEL ESTADO BANKRUPTCY DEPT. PO BOX 365028 San Juan, PR 00936-5028 | | | | | | $78,317.99 |
| CRIM BANKRUPTCY DEPT PO BOX 195387 SAN JUAN, PR 00919-5387 | | | | | | $1,125.16 |
| DANIEL MERCADO GONZALEZ URB. ISLA ZUL 3124 CALLE IBIZA #D7 Isabela, PR 00662 | | ALLEGED BREACH OF CONTRACT CIVIL CASE NO A1CI 2017-0047 | Contingent Unliquidated Disputed | | | $27,165.29 |
| ELIZABETH CARRASQUILLO SOTO COND. ALAMEDA TOWER TORRE II APT 1102 San Juan, PR 00921 | | | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FRANCISCO LOPEZ PAGAN HC 03 BUZON 11754 DOS BOCAS Corozal, PR 00783** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **HECTOR CLAUDIO MEDINA CARR 853 KM 6.0 BO. CACAO Carolina, PR 00987** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **INTERNAL REVENUE SERVICE BANKRUPTCY DEPT. PO BOX 7346 Philadelphia, PA 19101-7346** | | | | | | **$13,476.47** |
| **JORGE A. COLON ALEMAN CALLE CRUZ #138 San Juan, PR 00917** | | | **Contingent Unliquidated Disputed** | | | **$3,306.00** |
| **LUIS A. ORTIZ CANO PO BOX 2400 PMB 323 Toa Baja, PR 00951** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **LUIS OSUNA CARTAGENA PO BOX 4268 Carolina, PR 00984** | | **LEASE AGREEMENT** | | | | **$96,000.00** |
| **MUNICIPIO DE CAROLINA APARTADO 8 Carolina, PR 00986-0008** | | **IVU** | | | | **$9,646.41** |
| **MUNICIPIO DE CAROLINA APARTADO 8 Carolina, PR 00986-0008** | | **MUNICIPAL LICENSE** | | | | **$8,988.31** |
| **MUNICIPO DE MAYAGUEZ PO BOX 1852 Mayaguez, PR 00681** | | **IVU** | | | | **$8,988.31** |
| **OMAR RODRIGUEZ MERCADO CALLE 4-B BUZON 5 PUEBLO NUEVO Vega Baja, PR 00693** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PEDRO A. RAMOS GONZALEZ JARDINES MIRAMAR C-4 CALLE DELFINA PENA Isabela, PR 00662** | | **ALLEGED BREACH OF CONTRACT ALLEGED BREACH OF CONTRACT CIVIL CASE NO A1CI 2017-0047** | **Contingent Unliquidated Disputed** | | | **$22,467.29** |
| **PR TREASURY DEPARTMENT (424 OFFICE) BANKRUPTCY DEPT P O BOX 9024140 San Juan, PR 00902** | | **IVU** | | | | **$26,979.54** |
| **PR TREASURY DEPARTMENT (424 OFFICE) BANKRUPTCY DEPT P O BOX 9024140 San Juan, PR 00902** | | **TAXES** | | | | **$4,673.67** |
| **RONALD HERNANDEZ VIZCARRONDO 7 CALLE DOMINGO CACERES APT. 55 Carolina, PR 00985** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **WILLIAM GARCIA MARRERO HC 01 BOX 9917 Toa Baja, PR 00949** | | **VACATION SALARY** | **Unliquidated Disputed** | | | **$4,400.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*........ | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*........ | $ **46,385.80** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*........ | $ **46,385.80** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ | $ **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ | $ **156,595.86** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ | **+**$ **150,968.58** |
| 4. **Total liabilities** ........ Lines 2 + 3a + 3b | $ **307,564.44** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** — **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BANCO POPULAR** | **CHECKING** | **1046** | **$18,711.36** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$18,711.36**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **SECURITY DEPOSIT FOR LEASE OF COMMERCIAL SPACE IN CAROLINA PR PAID TO LUIS OSUNA CARTAGENA AS LESSOR ON JUNE 1, 2010.** | **$1,000.00** |
| 7.2. | **SECURITY DEPOSIT FOR LEASE OF COMMERCIAL SPACE IN MAYAGUEZ, PR PAID TO LUIS OSUNA CARTAGENA AS LESSOR ON JUNE 1, 2010.** | **$1,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(If known)*
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. **$2,000.00**

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **3,326.40** | - | **0.00** | = .... | **$3,326.40** |
| **COND. CHALET DEL PARQUE** | | | | | |
| 11a. 90 days old or less: | **4,863.60** | - | **0.00** | = .... | **$4,863.60** |
| **CONDOMINIO PLAZA ESMERALDA** | | | | | |
| 11a. 90 days old or less: | **4,720.44** | - | **0.00** | = .... | **$4,720.44** |
| **ONE PROPERTY MANAGEMENT, LLC** | | | | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$12,910.44**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| **Security guard used uniforms and badges for 14 guards, plus additional badges for 25 guards.** | | **$0.00** | | **$800.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(If known)*
Name

23. **Total of Part 5.** **$800.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**1 DESK AND 1 CHAIR $530; 2 FILE CABINETS $455. Located at Carolina Office.** | **$0.00** | | **$985.00** |
| | **1 DESK AND 2 CHAIRS $530; 2 FILE CABINETS $455. Located at Mayaguez Office.** | **$0.00** | | **$985.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**1 PHOTOCOPIER$850; 1 PRINTERS $370; 1 TELEPHONE SYSTEM $150, 1 FAX MACHINE $55, 1 DELL COMPUTER $550. Said items are located on Mayaguez Offices.** | **$0.00** | | **$1,975.00** |
| | **1 PRINTER $370; 1 FAX MACHINE $55, 1 DELL COMPUTER $550, 1 LG CELLPHONE $100. 1Said items are located at Carolina Office.** | **$0.00** | | **$1,075.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(If known)*
Name

43. **Total of Part 7.** **$5,020.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **NISSAN VERSA 2012** | **$0.00** | | **$6,944.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$6,944.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(If known)*
Name

| available. | | | | |
|---|---|---|---|---|
| 55.1. **CALLE COMERCIO #95, MAYAGUEZ, PR. CURRENTLY USED AS AN OFFICE SPACE.** | **INTEREST AS LESEE** | **$0.00** | | **$0.00** |
| 55.2. **3BS3 VILLA FONTANA, CAROLINA, PR. CURRENTLY USED AS OFFICE SPACE.** | **INTEREST AS LESEE** | **$0.00** | | **$0.00** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$18,711.36** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,000.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$12,910.44** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$800.00** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,020.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$6,944.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$46,385.80** | + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | **$46,385.80** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | **$78,317.99** | **$72,016.19** |
| 2.2 | **$1,125.16** | **$1,125.16** |

**2.1** Priority creditor's name and mailing address
**CORP. FONDO DEL SEGURO DEL ESTADO**
**BANKRUPTCY DEPT.**
**PO BOX 365028**
**San Juan, PR 00936-5028**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$78,317.99** Priority amount: **$72,016.19**

Date or dates debt was incurred **2016-2017**

Basis for the claim:

Last 4 digits of account number **0749**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**CRIM**
**BANKRUPTCY DEPT**
**PO BOX 195387**
**SAN JUAN, PR 00919-5387**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,125.16** Priority amount: **$1,125.16**

Date or dates debt was incurred **2016**

Basis for the claim:

Last 4 digits of account number **6856**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 37136 Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number (if known)
Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**DEPARTMENT OF LABOR**<br>**BANKRUPTCY DEPT**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**BANKRUPTCY DEPT.**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,476.47** | **$13,476.47** |
| | Date or dates debt was incurred<br>**2016-2017** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**MUNICIPIO DE CAROLINA**<br>**APARTADO 8**<br>**Carolina, PR 00986-0008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,988.31** | **$8,988.31** |
| | Date or dates debt was incurred<br>**2015-2017** | Basis for the claim:<br>**MUNICIPAL LICENSE** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**MUNICIPIO DE CAROLINA**<br>**APARTADO 8**<br>**Carolina, PR 00986-0008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,646.41** | **$9,646.41** |
| | Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**IVU** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number (if known)

Name

2.7 Priority creditor's name and mailing address

**MUNICIPO DE MAYAGUEZ**
**PO BOX 1852**
**Mayaguez, PR 00681**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,988.31** **$8,988.31**

Date or dates debt was incurred **2017**

Basis for the claim: **IVU**

Last 4 digits of account number **6856**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.8 Priority creditor's name and mailing address

**PR TREASURY DEPARTMENT**
**(424 OFFICE) BANKRUPTCY DEPT**
**P O BOX 9024140**
**San Juan, PR 00902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,673.67** **$4,575.62**

Date or dates debt was incurred **2015-2017**

Basis for the claim: **TAXES**

Last 4 digits of account number **6856**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.9 Priority creditor's name and mailing address

**PR TREASURY DEPARTMENT**
**(424 OFFICE) BANKRUPTCY DEPT**
**P O BOX 9024140**
**San Juan, PR 00902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$26,979.54** **$26,979.54**

Date or dates debt was incurred **2017**

Basis for the claim: **IVU**

Last 4 digits of account number **686**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.10 Priority creditor's name and mailing address

**WILLIAM GARCIA MARRERO**
**HC 01 BOX 9917**
**Toa Baja, PR 00949**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

**$4,400.00** **$4,400.00**

Date or dates debt was incurred **2014-2017**

Basis for the claim: **VACATION SALARY**

Last 4 digits of account number **9015**

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number (if known)
Name

**3.1** **Nonpriority creditor's name and mailing address**
**CARLOS MONTANEZ LUCIANO**
**CALLE 8 #81 A**
**SAINT JUST**
**Trujillo Alto, PR 00976**
**Date(s) debt was incurred** 2014-2016
**Last 4 digits of account number** 1045

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,030.00**
☐ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** VACATION SALARY
Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**DANIEL MERCADO GONZALEZ**
**URB. ISLA ZUL**
**3124 CALLE IBIZA #D7**
**Isabela, PR 00662**
**Date(s) debt was incurred** 2014-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,165.29**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ALLEGED BREACH OF CONTRACT CIVIL CASE NO A1CI 2017-0047
Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**ELIZABETH CARRASQUILLO SOTO**
**COND. ALAMEDA TOWER TORRE II**
**APT 1102**
**San Juan, PR 00921**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 8916

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
**FRANCISCO LOPEZ PAGAN**
**HC 03 BUZON 11754 DOS BOCAS**
**Corozal, PR 00783**
**Date(s) debt was incurred** 2015-2016
**Last 4 digits of account number** 1716

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
**HECTOR CLAUDIO MEDINA**
**CARR 853 KM 6.0**
**BO. CACAO**
**Carolina, PR 00987**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 7816

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**JORGE A. COLON ALEMAN**
**CALLE CRUZ #138**
**San Juan, PR 00917**
**Date(s) debt was incurred** 2014
**Last 4 digits of account number** 7216

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,306.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**LUIS A. ORTIZ CANO**
**PO BOX 2400**
**PMB 323**
**Toa Baja, PR 00951**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 4816

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number (if known)
Name

3.8 **Nonpriority creditor's name and mailing address**
**LUIS OSUNA CARTAGENA**
**PO BOX 4268**
**Carolina, PR 00984**
**Date(s) debt was incurred** 2015-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$96,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** LEASE AGREEMENT
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**MARCELINO HERNANDEZ VEGA**
**PO BOX 521**
**Moca, PR 00676**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** CASE NO. AC-15-107 Alleged Unjustified Termination from Employment
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**OMAR RODRIGUEZ MERCADO**
**CALLE 4-B BUZON 5**
**PUEBLO NUEVO**
**Vega Baja, PR 00693**
**Date(s) debt was incurred** 2014-2017
**Last 4 digits of account number** 8116

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**PEDRO A. RAMOS GONZALEZ**
**JARDINES MIRAMAR**
**C-4 CALLE DELFINA PENA**
**Isabela, PR 00662**
**Date(s) debt was incurred** 2014-2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,467.29**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ALLEGED BREACH OF CONTRACT ALLEGED BREACH OF CONTRACT CIVIL CASE NO A1CI 2017-0047
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**RONALD HERNANDEZ VIZCARRONDO**
**7 CALLE DOMINGO CACERES**
**APT. 55**
**Carolina, PR 00985**
**Date(s) debt was incurred** 2013
**Last 4 digits of account number** 1349

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BUFETE MARI PESQUERA, CSP**<br>**APARTADO 326**<br>**Rincon, PR 00677** | Line 3.2<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BUFETE MARI PESQUERA, CSP**<br>**APARTADO 326**<br>**Rincon, PR 00677** | Line 3.11<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **FORTALEZA SECURITY, INC.** Case number (if known)
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **JUAN RAUL MARI PESQUERA, ESQ.**<br>**APARTADO 326**<br>**Rincon, PR 00677** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **JUAN RAUL MARI PESQUERA, ESQ.**<br>**APARTADO 326**<br>**Rincon, PR 00677** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **156,595.86** |
| **5b. Total claims from Part 2** | 5b. + | $ **150,968.58** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **307,564.44** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SECURITY SERVICES AGREEMENT ENTERED INTO ON MAY 29, 2017.** | **ASOC. CHALETS DEL PARQUE**<br>**12 AVE ARBOLETE APT 200**<br>**Guaynabo, PR 00969-5502** |
| | State the term remaining | **1 YEAR** | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **SECURITY SERVICES AGREEMENT ENTERED INTO ON MAY 29, 2017.** | **ASOC. CONDOMINIOS PLAZA ESMERALDA**<br>**469 AVE ESMERALDA**<br>**Guaynabo, PR 00969-4260** |
| | State the term remaining | **1 YEAR** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Lease of Commercial Property Agreement Located at Comerio Street #95 Mayaguez, PR Beginning Date: June 1, 2010 Ending date: June 1, 2015 Monthly payment: $1,000.00. Currently leased on a month to month basis.** | **LUIS OSUNA CARTAGENA**<br>**PO BOX 4268**<br>**Carolina, PR 00984** |
| | State the term remaining | **0** | |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **FORTALEZA SECURITY, INC.** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Lease of Commercial Property Agreement Located at Urb. Villa Fontana 3BS3 Carolina, PR Beginning Date: June 1, 2010 Ending date: June 1, 2015 Monthly payment: $1,000.00. Currently leased on a month to month basis.** | **LUIS OSUNA CARTAGENA<br>PO BOX 4268<br>Carolina, PR 00984** |
| State the term remaining | **0** | |
| List the contract number of any government contract | | |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **SECURITY SERVICES AGREEMENT ENTERED INTO ON MAY 26, 2017.** | **ONE PROPERTY MANAGEMENT, LLC<br>PO BOX 366311<br>San Juan, PR 00936-6311** |
| State the term remaining | **1 YEAR** | |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FORTALEZA SECURITY, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$758,209.35** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$2,028,294.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **MARCELINO HERNANDEZ VEGA V. FORTALEZA SECURITY SERVICES, INC.**<br>**AC-15-107** | **Unjustified dismissal** | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **WILLIAM GARCIS MARRERO V. FORTALEZA SECURITY, INC.**<br>**A2-D1-SL-0090-15** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **FRANCISCO LOPEZ PAGAN V. FORTALEZA SECURIT INC.**<br>**A8-D1-SL-0017-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **OMAR D. RODRIGUEZ MERCADO V. FORTALEZA SECURITY INC.**<br>**A2-D5-SL-0081-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **ELIZABETH CARRASQUILLO SOTO V. FORTALEZA SECURITY INC.**<br>**A1-D1-SL-0089-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **HECTOR CLAUDIO MEDINA V. FORTALEZA SECURITY INC.**<br>**A7-D1-SL-0178-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **LUIS A. ORTIZ CANO V. FORTALEZA SECURITY, INC.**<br>**A8-D1-SL-0248-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **JORGE A. COLON ALEMAN V. FORTALEZA SECURITY INC.**<br>**A1-D1-SL-0172-16** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **RONALD HERNANDEZ VIZCARRONDO V FORTALEZA SECURITY INC.**<br>**OM-15-1349** | | **DEPARTMENT OF LABOR**<br>**PO BOX 191020**<br>**SAN JUAN, PR 00919-1020** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **DANIEL MERCADO GONZALEZ; PEDRO A. RAMOS GONZALEZ V. FORTALEZA SECURITY INC.**<br>**ACI201700447** | **BREACH OF CONTRACT** | **TRIBUNAL DE PRIMERA INSTANCIA**<br>**SALA DE AGUADILLA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALMEIDA & DAVILA, PSC**<br>**PO BOX 191757**<br>**San Juan, PR 00919-1757** | **ATTORNEY'S FEES** | **APRIL 2017** | **$6,000.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **VIA 60 3BS3**<br>**AVE. VILLA FONTANA**<br>**Carolina, PR 00983** | **2009-PRESENT** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SANTA MATOS COTI**<br>**EDIF EL SENORIAL NO 25**<br>**Mayaguez, PR 00682** | **VILLA FONTANA 3BS3**<br>**Carolina, PR 00983** | **NISSAN VERSA 2012** | **$6,900.00** |

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| 25.1. **FORTALEZA SECURITY**<br>**CALLE COMERIO #95**<br>**Mayaguez, PR 00682** | **SECURITY GUARD SERVICES** | EIN: **66-0526856**<br>From-To **July 10, 1995 - Present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **ALBA DEL C. ANAYA RIVERA**<br>**QUINTAS LAS MUESAS**<br>**#157 CALLE FRANCISCO COLON**<br>**Cayey, PR 00736** | **2014-12/2016** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.2. | **MEJIAS & ASSOCIATES**<br>**URB. TURABO GARDENS**<br>**CALLE J R3-30**<br>**Caguas, PR 00727** | **2017-PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CAROLINA OSUNA BIRRIEL** | **URB. HACIENDA MARGARITA**<br>**CALLE CARRETA #131**<br>**Luquillo, PR 00773** | **PRESIDENT, AND TREASURER** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **SANTA MATOS COTI** | **EDIF EL SENORIAL NO 25**<br>**Mayaguez, PR 00682** | **PRESIDENT AND TERASURER** | **2006** |
| **VERONICA OSUNA BIRRIEL** | **PO BOX 2008**<br>**Carolina, PR 00984** | **SECRETARY** | **-2013** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **PATRICIA OSUNA NUNEZ** | **PO BOX 6273**<br>**Mayaguez, PR 00681** | **PRESIDENT AND TREASURER** | **2009 - 2012** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **JIMMY LOZADA HILDENBRADO** | **CALLE COMERIO #95**<br>**Mayaguez, PR 00682** | **PRESIDENT AND TREASURER** | **2007-2008** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **JEAN PEREZ PIZARRO** | **EDIF A1 APT M1**<br>**COND PONTEZUELA**<br>**Carolina, PR 00983** | **SECRETARY** | **2006** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **CAROLINA OSUNA BIRRIEL**<br>**HACIENDA MARGARITA**<br>**CALLE CARRETA #131**<br>**Luquillo, PR 00773** | **$24,744.90** | **June 2016 to June 2017** | **PAYMENT OF SALARY** |
| | Relationship to debtor<br>**STOCKHOLDER AND PRESIDENT** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 29, 2017**

**/s/ CAROLINA OSUNA BIRRIEL**
Signature of individual signing on behalf of the debtor

**CAROLINA OSUNA BIRRIEL**
Printed name

Position or relationship to debtor **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re **FORTALEZA SECURITY, INC.** Debtor(s) Case No. Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept $

Prior to the filing of this statement I have received $

Balance Due $

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of $ **6,000.00**

The undersigned shall bill against the retainer at an hourly rate of $ **200.00 per hour**

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

**The fee agreement between Almeida & Davila, PSC and the debtor(s) provides that any work performed before and after the order confirming plan will be billed through an application for compensation to be filed with the Court for its approval at the regular hourly rates of $200.00 per hour for services performed by attorneys Enrique Almeida & Zelma Dávila, $175.00 per hour for services performed by associate attorneys; $85.00 per hour for services performed by paralegals and $100.00 per hour for services performed by internal accountants. Expenses will be charged at their price/cost. This disclosure should be construed in harmony with 11 USC sec. 330(a)(4)(B), rules, and all applicable orders.**

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

**The fee agreement between Almeida & Davila, PSC and the debtor(s) provides that the debtor will be billed on an hourly basis for services provided at the regular hourly rates of $200.00 for services performed by Enrique M. Almeida and Zelma Dávila Carrasquillo. Matters attended by paralegal staff will be charged at the rate of $85 per hour, and services of in-house accountants will be charged at the rate of $100 per hour. Services of associate attorneys will be charged at the rate of $175 per hour. Expenses will be charged at their price/cost. Any work in excess of the retainer fee already paid will be billed through an application for compensation to be filed with the Court for its approval. This disclosure should be construed in harmony with 11 USC sec. 330(a)(4)(B), rules, and all applicable orders.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**This agreement does not contemplate any work in local state courts, administrative courts, or any other forum other than the Bankruptcy Court. Adversary proceedings and appeals are also outside the scope of this**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **FORTALEZA SECURITY, INC.** Case No. ____________
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**agreement with the debtor(s).**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 29, 2017**
*Date*

**/s/ Enrique Almeida / Zelma Davila;**
**Enrique Almeida / Zelma Davila; 217701/218913**
*Signature of Attorney*
**Almeida & Davila, PSC**
**PO BOX 191757**
**San Juan, PR 00919-1757**
**(787)722-2500 Fax: (787)777-1376**
**info@almeidadavila.com**
*Name of law firm*

Date **June 29, 2017**

Signature **/s/ CAROLINA OSUNA BIRRIEL**
**CAROLINA OSUNA BIRRIEL**
**PRESIDENT**

# United States Bankruptcy Court
## District of Puerto Rico

In re **FORTALEZA SECURITY, INC.** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CAROLINA OSUNA BIRRIEL**<br>**URB. HACIENDA MARGARITA**<br>**CALLE CARRETA #131**<br>**Luquillo, PR 00773** | | **100&** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 29, 2017**

Signature ***/s/* CAROLINA OSUNA BIRRIEL**
**CAROLINA OSUNA BIRRIEL**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## United States Bankruptcy Court
### District of Puerto Rico

In re **FORTALEZA SECURITY, INC.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 29, 2017**

**/s/ CAROLINA OSUNA BIRRIEL**
**CAROLINA OSUNA BIRRIEL**/**PRESIDENT**
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

FORTALEZA SECURITY, INC.
PO BOX 2008
CAROLINA, PR 00984

DEPARTMENT OF LABOR
BANKRUPTCY DEPT
PO BOX 191020
SAN JUAN, PR 00919-1020

MARCELINO HERNANDEZ VEGA
PO BOX 521
MOCA, PR 00676

ENRIQUE ALMEIDA / ZELMA DAVILA;
ALMEIDA & DAVILA, PSC
PO BOX 191757
SAN JUAN, PR 00919-1757

ELIZABETH CARRASQUILLO SOTO
COND. ALAMEDA TOWER TORRE II
APT 1102
SAN JUAN, PR 00921

MUNICIPIO DE CAROLINA
APARTADO 8
CAROLINA, PR 00986-0008

ASOC. CHALETS DEL PARQUE
12 AVE ARBOLETE APT 200
GUAYNABO, PR 00969-5502

FRANCISCO LOPEZ PAGAN
HC 03 BUZON 11754 DOS BOCAS
COROZAL, PR 00783

MUNICIPO DE MAYAGUEZ
PO BOX 1852
MAYAGUEZ, PR 00681

ASOC. CONDOMINIOS PLAZA ESMERALDA
469 AVE ESMERALDA
GUAYNABO, PR 00969-4260

HECTOR CLAUDIO MEDINA
CARR 853 KM 6.0
BO. CACAO
CAROLINA, PR 00987

OMAR RODRIGUEZ MERCADO
CALLE 4-B BUZON 5
PUEBLO NUEVO
VEGA BAJA, PR 00693

BUFETE MARI PESQUERA, CSP
APARTADO 326
RINCON, PR 00677

INTERNAL REVENUE SERVICE
BANKRUPTCY DEPT.
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ONE PROPERTY MANAGEMENT,LL
PO BOX 366311
SAN JUAN, PR 00936-6311

CARLOS MONTANEZ LUCIANO
CALLE 8 #81 A
SAINT JUST
TRUJILLO ALTO, PR 00976

JORGE A. COLON ALEMAN
CALLE CRUZ #138
SAN JUAN, PR 00917

PEDRO A. RAMOS GONZALEZ
JARDINES MIRAMAR
C-4 CALLE DELFINA PENA
ISABELA, PR 00662

CORP. FONDO DEL SEGURO DEL ESTADO
BANKRUPTCY DEPT.
PO BOX 365028
SAN JUAN, PR 00936-5028

JUAN RAUL MARI PESQUERA, ESQ.
APARTADO 326
RINCON, PR 00677

PR TREASURY DEPARTMENT
(424 OFFICE) BANKRUPTCY DEP
P O BOX 9024140
SAN JUAN, PR 00902

CRIM
BANKRUPTCY DEPT
PO BOX 195387
SAN JUAN, PR 00919-5387

LUIS A. ORTIZ CANO
PO BOX 2400
PMB 323
TOA BAJA, PR 00951

RONALD HERNANDEZ VIZCARRO
7 CALLE DOMINGO CACERES
APT. 55
CAROLINA, PR 00985

DANIEL MERCADO GONZALEZ
URB. ISLA ZUL
3124 CALLE IBIZA #D7
ISABELA, PR 00662

LUIS OSUNA CARTAGENA
PO BOX 4268
CAROLINA, PR 00984

WILLIAM GARCIA MARRERO
HC 01 BOX 9917
TOA BAJA, PR 00949

# United States Bankruptcy Court
## District of Puerto Rico

In re **FORTALEZA SECURITY, INC.** Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FORTALEZA SECURITY, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2017**
Date

**/s/ Enrique Almeida / Zelma Davila;**
**Enrique Almeida / Zelma Davila; 217701/218913**
Signature of Attorney or Litigant
Counsel for **FORTALEZA SECURITY, INC.**
**Almeida & Davila, PSC**
**PO BOX 191757**
**San Juan, PR 00919-1757**
**(787)722-2500 Fax:(787)777-1376**
**info@almeidadavila.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy